FRANCESCO MARUS, as Administrator, etc., Respondent, v. THE CENTRAL RAILROAD COMPANY OF NEW JERSEY, Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs.   Present — Jenks, P. J., Stapleton, Mills and Rich, JJ.

JAMES C. McPHERSON, Respondent, v. JOHN E. ANDRUS, Appellant.— Motion granted upon condition that the appellant pay the respondent thirty dollars costs, restore the cause to the January calendar, and be ready for argument when reached; otherwise, motion denied, with ten dollars costs.   Present — Jenks, P. J., Stapleton, Mills and Rich, JJ.

CATHERINE O'CONNOR, as Committee, etc., Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs Present — Jenks, P. J., Stapleton, Mills and Rich, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. FRANK KOEPERSKI and Others, Respondents.— Motion denied.   Present — Jenks, P. J., Stapleton, Mills and Rich, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN McGRATH, Appellant.— Motion denied.   Present — Jenks, P. J., Stapleton, Mills and Rich, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM POWERS, Appellant.— Motion denied.   Present — Jenks, P. J., Stapleton, Mills and Rich, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN McPHERSON, Appellant.— Motion granted.   Present — Jenks, P. J., Stapleton, Mills and Rich, JJ.   Order to be settled on notice.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN J. FLEMING, Plaintiff, v. CLAIRE O'NEIL FLEMING, Defendant.— Motion to dismiss appeal granted, without costs.   Present — Jenks, P. J., Stapleton, Mills and Rich, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARGARET H. SANGER and Others, Appellants, v. WARDEN OR KEEPER, etc., Respondent.— Motion for stay denied.   Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY P. TUTHILL, as County Treasurer, etc., Respondent, v. RILEY P. HOWELL, as Supervisor, etc., Appellant.— Motion denied on condition that defendant perfect the appeal, place the case on the January calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Stapleton, Mills and Rich, JJ.

CORNELIUS G. ROCHE, as Administrator, etc., Respondent, v. ST. JOHN'S RIVERSIDE HOSPITAL, Appellant.— Motion denied, without costs.   Present — Jenks, P. J., Stapleton, Mills and Rich, JJ.

HENRY I. STETLER and Others, Plaintiffs, v. JOHN J. McFARLANE, Defendant.— Motion granted, without costs.   Present — Jenks, P. J., Stapleton, Mills and Rich, JJ.